USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: X/XX/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AEQUIM ARBITRAGE MASTER FUND, LP; CAPSTONE GLOBAL MASTER (CAYMAN) LIMITED; CONCISE SHORT TERM HIGH YIELD FUND; CPMF SITUATION I, LLC; CONTEXT PARTNERS MASTER FUND, L.P. CSS, LLC; DCIG CAPITAL MASTER FUND; DS LIQUID DIV RVA AEQ LLC; MERCER QIF FUND PLC – MERCER INVESTMENT FUND 1; METEORA SELECT TRADING OPPORTUNITIES MASTER, LP; NEWGEN CREDIT STRATEGIES FUND; PANDORA SELECT PARTNERS, LP; PENDER CORPORATE BOND FUND; RESTORATION RISK RETENTION GROUP, INC.; VERITION MULTI-STRATEGY MASTER FUND LTD.; WALLEYE OPPORTUNITIES MASTER FUND LTD; WALLEYE MANAGER OPPORTUNITIES LLC; WHITEBOX GT FUND, LP; WHITEBOX MULTI-STRATEGY PARTNERS, LP; AND WHITEBOX RELATIVE VALUE PARTNERS,

Plaintiffs,

-against-

NANO DIMENSION LTD AND MURCHINSON, LTD.,

Defendants.

26 Civ. 7937 (AT)

**ORDER**

ANALISA TORRES, District Judge:

To protect the public health, while promoting the "just, speedy, and inexpensive determination of every action and proceeding," Fed. R. Civ. P. 1, it is ORDERED pursuant to Rules 30(b)(3) and 30(b)(4) of the Federal Rules of Civil Procedure that all depositions in this action may be taken via telephone, videoconference, or other remote means. It is further ORDERED pursuant to Rule 30(b)(5) that a deposition will be deemed to have taken place "before an officer appointed or designated under Rule 28" if such officer attends the deposition using the same remote means used to connect all other participants, so long as all participants (including the officer) can clearly hear and be heard by all other participants. The parties are encouraged to engage in discovery through remote means at every available opportunity.

SO ORDERED.

Dated: September 15, 2026
New York, New York

ANALISA TORRES
United States District Judge